IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**DENNIS HIGGINS**                                                                                              **PLAINTIFF**

**VS.**

CASE NO.: 4:23-CV-04108-SOH

**VINITA EXPRESS INC.,** *et al.*                                                                  **DEFENDANTS**

## WARNING ORDER

To:   CRT Express, Inc., Defendant: You are hereby notified that Dennis Higgins, Plaintiff, whose attorney is John Andrew Ellis, with LeVar Law, whose attorney's address is 204 Executive Court, Suite 208, Little Rock, AR 72205, has filed a Complaint herein against you arising from injuries suffered from a motor vehicular accident that occurred on October 23, 2020, in Texarkana, Arkansas, a copy of which Complaint and Summons shall be delivered to you or to your attorney upon request.   You are also notified that you must appear and defend by filing your Answer or other response of pleading within thirty (30) days of the date of the first publication of this Warning Order: and in the event of your failure to do so, Judgment by Default will be entered against you for the relief demanded in the Complaint as circumscribed by the laws of this state.

In witness whereof I have hereunto set my hand and seal as Clerk of this Court on this 25th day of July 2024.

*Marcia Long*
Clerk